UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH KERWIN,

       Petitioner,                                    Civil Action No. 22-cv-12761

v.                                                  HON. MARK A. GOLDSMITH

STARBUCKS CORPORATION,

       Respondent.
_____/

## ORDER VACATING FEBRUARY 17, 2023 OPINION AND ORDER (Dkt. 30) AND ORDER FOR INJUNCTIVE RELIEF (Dkt. 31)

Because the Court notes certain errors in the February 17, 2023 opinion and order (Dkt. 30) and order for injunctive relief (Dkt. 31), the Court vacates those entries. The Court will issue a revised opinion and order and a revised order for injunctive relief.

       SO ORDERED.

Dated: February 22, 2023                          s/Mark A. Goldsmith
       Detroit, Michigan                       MARK A. GOLDSMITH
                                                    United States District Judge