UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH KERWIN,

    Petitioner,                                    Civil Action No. 22-cv-12761

v.                                                     HON. MARK A. GOLDSMITH

STARBUCKS CORPORATION,

    Respondent.

_____/

**ORDER CLOSING CASE**

Petitioner Elizabeth R. Kerwin commenced this action by filing a petition for injunctive relief under § 10(j) of the National Labor Relations Act, 29 U.S.C. § 160(j). The Court granted that petition in part and denied it in part. See 2/23/23 Op. & Order (Dkt. 35). This case is closed.

SO ORDERED.

Dated: June 2, 2023                                    s/Mark A. Goldsmith
  Detroit, Michigan                             MARK A. GOLDSMITH
                                                          United States District Judge