

United States Government
**NATIONAL LABOR RELATIONS BOARD**
**REGION 7**
477 Michigan Avenue - Room 5-200
Detroit, MI 48226-2569

Telephone (313) 226-3200
FAX  (313) 226-2090
www.nlrb.gov

August 23, 2023

Honorable Mark A. Goldsmith
Honorable Mag. Elizabeth A. Stafford
United States District Court for Eastern District of Michigan
231 West Lafayette Blvd.
Detroit, MI 48226

Re: Kerwin v. Starbucks Corporation
Case No. 2:22-CV-12761

Dear Judge Goldsmith and Magistrate Stafford:

    On February 23, 2023, the Court granted the National Labor Relations Board's petition for temporary injunctive relief filed pursuant to Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. Section 160(j)(the Act).  This relief was ancillary to the administrative proceeding then pending before the Board in NLRB Case number 07-CA-292971.  By statute the injunction was intended to last only until the final decision and order of the Board in the administrative proceeding.

    On August 9, 2023, the Board issued its final administrative decision and order in NLRB Cases 07-CA-292971 and 07-CA-293916.  Under the Act, the Court's injunctive order terminated by operation of law on August 9, 2023.  See *Barbour v. Central Cartage, Inc.*, 583 F.2d 335 (7th Cir. 1978); *Johansen v. Queen Mary Restaurant Corp.*, 522 F.2d 6 (9th Cir. 1975); *Levine v. Fry Foods, Inc.*¸ 596 F.2d 719 (6th Cir. 1979); *D'Amico v. Lee's Contracting Services, Inc.*, 141 LRRM 2851, 2853, n. 1, 1991 WL 472878 (E.D. Va. 1991).

    In view of the termination of the Court's injunction, the Board respectfully suggests that the Court can now close this matter on its records.

Very truly yours,

**Patricia A. Fedewa**
Attorney for Petitioner