Case No. 23-1187

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ELIZABETH K. KERWIN, Regional Director of Region 7 of the National Labor Relations Board

    Petitioner - Appellee

v.

STARBUCKS CORPORATION

    Respondent - Appellant

Upon consideration of the appellant's unopposed motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

          **ENTERED PURSUANT TO RULE 45(a),**
          **RULES OF THE SIXTH CIRCUIT**
          Deborah S. Hunt, Clerk

Issued: September 05, 2023